1  PHILLIP A. TALBERT
   United States Attorney
2  PAUL A. HEMESATH
   OWEN ROTH
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

**FILED**

MAR 16 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

ROMMEL CIPRIANO,

          Defendant,

CASE NO. 2:17-MJ-0041 CKD

[PROPOSED] ORDER TO UNSEAL COMPLAINT

The government's request to unseal the complaint and this case is GRANTED.

Dated: March 16, 2017

HON. DEBORAH BARNES
U.S. Magistrate Judge